IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)　　1:04-MJ-02181
　　　　　　　　　　　　　　　　　)
　vs.　　　　　　　　　　　　　　)　　ORDER EXONERATING BOND
　　　　　　　　　　　　　　　　　)
ROSIO SILLAS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　 )
_____)

　　　On October 25, 2004, and October 28, 2004, a Passport (Receipt 101 6089) and a Recorded Deed of Trust (Receipt 100 200443) were posted for defendant Rosio Sillas.  The defendant was ordered transferred to the Southern District of California for further proceedings.  On August 29, 2005, in the Southern District of California, the defendant was sentenced by the Honorable Dana M. Sabraw.  The Passport and the Deed of Trust are ordered exonerated and shall be returned.

　　　SO ORDERED.

DATED: 3/16/2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Magistrate Judge Dennis L. Beck
　　　　　　　　　　　　　　　　　　　U.S. District Judge

9/26/96 exonbnd.frm

1